UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 4:13-cr-15-HSM-SKL |
| ) | |
| v. ) | |
| ) | |
| LESLIE RAY ALLISON ) | |

**O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count Three of the four-count Superseding Indictment; (2) accept Defendant's plea of guilty to Count Three of the Superseding Indictment; (3) adjudicate Defendant guilty of the charges set forth in Count Three of the Superseding Indictment; (4) defer a decision on whether to accept the plea agreement until sentencing; and (5) Defendant has been released on bond under appropriate conditions of release pending sentencing in this matter [Doc. 31]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 31] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1)   Defendant's motion to withdraw his not guilty plea to Count Three of the Superseding Indictment is **GRANTED**;

(2)   Defendant's plea of guilty to Count Three of the Superseding Indictment is **ACCEPTED**;

(3)   Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count Three of

the Superseding Indictment;

(4) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(5) Defendant **SHALL REMAIN** on bond under appropriate conditions of release pending sentencing in this matter which is scheduled to take place on **Monday, June 9, 2014 at 9:00 a.m. [EASTERN]** before the Honorable Harry S. Mattice, Jr.

**SO ORDERED.**

**ENTER:**

                                                */s/Harry S. Mattice, Jr.*
                                                HARRY S. MATTICE, JR.
                                              UNITED STATES DISTRICT JUDGE